UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHARLES E. PERKINS,

        Petitioner,

v.

MELINDA BRAMAN,

        Respondent.
_____/

Case No. 1:20-cv-0158

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: March 20, 2020         /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge